**BROWN AND SEELYE , PLLC**
**SUSAN H. SEELYE, WSB#28825**
**1700 COOPER POINT RD SW #C5**
**OLYMPIA, WA 98502**                                          CHAPTER 13
**(253) 573-1958**
**1-866-422-6196 Toll free fax**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **Re:** ) | **In Chapter 13 Proceeding** |
| ) | **No. 17-41796-MJH** |
| ) | |
| **LOUIS E HASKINS** ) | |
| **Debtor(s)** ) | **DECLARATION OF DEBTOR(S)** |
| ) | |
| ) | |
| _____ ) | |

The above referenced Debtor(s) declare under penalty of perjury of the laws of the
State of Washington as follows:

    I am the debtor in the above referenced case.  My income has been severely

affected by COVID 19 as I am a Pastor and receive income from donations by

my congregation but with the CDC and Governor Inslee's stay at home orders we

have had no services and my income has been nonexistent.


    I ask that the Court allow me to modify my Plan due to this economic hardship

and to extend the payments out to an 84 month Plan as set forth in 11 USC

Section 1329(d) of the CARES Act.

Dated:   5/18/2020


*DocuSigned by:*
*Louis E Haskins*
A14FB33FB35148B...
_____
LOUIS E. HASKINS  Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958