| | |
|---|---|
| Debtor 1 | Louis E Haskins |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number | 1741796 |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. **File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1

**Court claim no.** (if known): 5

**Date of payment change:**
Must be at least 21 days after date of this notice          08/01/2019

**New total payment:**
Principal, interest, and escrow, if any          $2096.59

**Last 4 digits** of any number you use to identify the debtor's account:          1  4  3  2

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 487.18          New escrow payment: $ 428.30

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*
   Reason for change:

   Current mortgage payment: $ _____          New mortgage payment: $ _____

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Tavon Taylor _____

Signature

Date ___06/25/2019___

Print: TAYLOR,TAVON _____

First Name    Middle Name    Last Name

VP Loan Documentation _____

Title

Company    Wells Fargo Bank, N.A. _____

Address    MAC N9286-01Y _____

Number    Street

1000 Blue Gentian Road _____

Address 2

Eagan                    MN    55121-7700

City                    State    ZIP Code

Contact phone    800-274-7025 _____

NoticeOfPaymentChangeInquiries@wellsfargo.com

Email

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

Chapter 13 No. 1741796
Judge: Mary Jo Heston

In re:

Louis E Haskins

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before June 26, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Louis E Haskins
6512 75th St W

Lakewood WA 98499

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:         By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Ellen Ann Brown
Brown & Seelye PLLC
744 S Fawcett Ave

Tacoma WA 98402

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Trustee:                   By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Michael G. Malaier
Trustee
2122 Commerce Street

Tacoma WA 98402

/s/Tavon Taylor

VP Loan Documentation

Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

<span style="color:#cc0000">Escrow Review Statement</span>
*For informational purposes only*

Statement Date: June 11, 2019
Loan number: 
Property address:
   6512  75TH ST W
   LAKEWOOD WA 98499-8162

LOUIS E HASKINS
6512 75TH ST W
LAKEWOOD WA 98499-8162

<span style="color:#cc0000">Customer Service</span>

**Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**To learn more, go to:**
wellsfargo.com/escrow

**Telephone**
1-800-340-0473

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

We accept telecommunications relay service calls

***PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.***

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **August 1, 2019** payment, the contractual portion of the escrow payment **decreases**.

<div style="border:2px solid green; text-align:center; padding:10px;">

The escrow account has an overage of
**$332.84**

</div>

---

## Part 1 - Mortgage payment

### New Payment     The new total payment will be $2,096.59

| | Previous payment through 07/01/2019 payment date | New payment beginning with the 08/01/2019 payment |
|---|---|---|
| **Principal and/or interest** | $1,668.29 | $1,668.29 |
| **Escrow payment** | $487.18 | $428.30 |
| **Total payment amount** | **$2,155.47** | **$2,096.59** |

<div style="border:2px solid green;">

### No action required

Starting **August 1, 2019** the new contractual payment amount will be **$2,096.59**

</div>

**See Page 2 for additional details.**

**Loan Number:**

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $5,353.58. For the coming year, we expect the amount paid from escrow to be $5,139.68.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 06/17 - 05/18 (Actual) | 02/18 - 01/19 (Actual) | 08/18 - 06/19 (Actual) | 08/19 - 07/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,984.87 | $4,065.04 | $3,851.14 | $3,637.24 | ÷ | 12 | = | $303.10 |
| **Property insurance** | $1,471.50 | $1,502.44 | $1,502.44 | $1,502.44 | ÷ | 12 | = | $125.20 |
| **Total taxes and insurance** | $5,456.37 | $5,567.48 | $5,353.58 | $5,139.68 | ÷ | 12 | = | $428.30 |
| **Escrow shortage** | $0.00 | $325.30 | $309.62 | $0.00 |  |  |  |  |
| **Total escrow** | $5,456.37 | $5,892.78 | $5,663.20 | $5,139.68 |  |  |  | $428.30 |

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  October, 2019 |  | -$3,735.10 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment[‡] | + | $4,924.54 |  |
| Minimum balance for the escrow account[†] | - | $856.60 | (Calculated as: $428.30  X 2 months) |
| **Escrow overage** | = | $332.84 |  |

[‡]This adjustment of $4,924.54, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

[†]The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

### Escrow account projections from August, 2019 to July, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jul 2019 | | | Starting balance | -$1,698.94 | $2,892.76 |
| Aug 2019 | $428.30 | $0.00 | | -$1,270.64 | $3,321.06 |
| Sep 2019 | $428.30 | $1,502.44 | ENUMCLAW INSURANCE GROUP | -$2,344.78 | $2,246.92 |
| Oct 2019 | $428.30 | $1,818.62 | PIERCE COUNTY (W) | -$3,735.10 | $856.60 |
| Nov 2019 | $428.30 | $0.00 | | -$3,306.80 | $1,284.90 |
| Dec 2019 | $428.30 | $0.00 | | -$2,878.50 | $1,713.20 |
| Jan 2020 | $428.30 | $0.00 | | -$2,450.20 | $2,141.50 |
| Feb 2020 | $428.30 | $0.00 | | -$2,021.90 | $2,569.80 |
| Mar 2020 | $428.30 | $0.00 | | -$1,593.60 | $2,998.10 |
| Apr 2020 | $428.30 | $1,818.62 | PIERCE COUNTY (W) | -$2,983.92 | $1,607.78 |
| May 2020 | $428.30 | $0.00 | | -$2,555.62 | $2,036.08 |
| Jun 2020 | $428.30 | $0.00 | | -$2,127.32 | $2,464.38 |
| Jul 2020 | $428.30 | $0.00 | | -$1,699.02 | $2,892.68 |
| Totals | $5,139.60 | $5,139.68 | | | |

## Part 4 - Escrow account history

### Escrow account activity from August, 2018 to July, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Aug 2018 | | | | | | | Starting Balance | -$20,015.68 | $3,042.64 | -$23,058.32 |
| Aug 2018 | $587.14 | $461.38 | $125.76 | $1,502.44 | $0.00 | $1,502.44 | | -$20,930.98 | $3,504.02 | -$24,435.00 |
| Sep 2018 | $587.14 | $461.38 | $125.76 | $0.00 | $1,471.50 | -$1,471.50 | ENUMCLAW INSURANCE GROUP | -$20,343.84 | $2,493.90 | -$22,837.74 |
| Oct 2018 | $880.71 | $461.38 | $419.33 | $2,032.52 | $2,032.52 | $0.00 | PIERCE COUNTY (W) | -$21,495.65 | $922.76 | -$22,418.41 |
| Nov 2018 | $293.57 | $461.38 | -$167.81 | $0.00 | $0.00 | $0.00 | | -$21,202.08 | $1,384.14 | -$22,586.22 |
| Dec 2018 | $880.71 | $461.38 | $419.33 | $0.00 | $0.00 | $0.00 | | -$20,321.37 | $1,845.52 | -$22,166.89 |
| Jan 2019 | $587.14 | $461.38 | $125.76 | $0.00 | $0.00 | $0.00 | | -$19,734.23 | $2,306.90 | -$22,041.13 |
| Feb 2019 | $587.14 | $461.38 | $125.76 | $0.00 | $0.00 | $0.00 | | -$19,147.09 | $2,768.28 | -$21,915.37 |
| Mar 2019 | $587.14 | $461.38 | $125.76 | $1,818.62 | $0.00 | $1,818.62 | PIERCE COUNTY (W) | -$20,378.57 | $3,229.66 | -$23,608.23 |
| Apr 2019 | $880.71 | $461.38 | $419.33 | $0.00 | $2,032.52 | -$2,032.52 | PIERCE COUNTY (W) | -$19,497.86 | $1,658.52 | -$21,156.38 |
| May 2019 | $293.57 | $461.38 | -$167.81 | $0.00 | $0.00 | $0.00 | | -$19,204.29 | $2,119.90 | -$21,324.19 |
| Jun 2019 (estimate) | $17,018.17 | $461.38 | $16,556.79 | $0.00 | $0.00 | $0.00 | | -$2,186.12 | $2,581.28 | -$4,767.40 |
| Jul 2019 (estimate) | $487.18 | $461.38 | $25.80 | $0.00 | $0.00 | $0.00 | | -$1,698.94 | $3,042.66 | -$4,741.60 |
| Totals | $23,670.32 | $5,536.56 | $18,133.76 | $5,353.58 | $5,536.54 | -$182.96 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18

EQUAL HOUSING LENDER